OLGA MOULTON, Respondent, v. ARTHUR JULIAN MOULTON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with

leave to the defendant to set up the jurisdictional question involved by answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.